ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COLES, | No. C09-01072 |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |
| vs. | |
| ASBESTOS DEFENDANTS (BP), et al., | |
| Defendants. | |

Come now Plaintiff THOMAS COLES ("Plaintiff") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 13, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiff' claims against CC&S;

K:\Injured\28129\Fed-STIP-DISMISS CC&S.wpd                     1
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN
FRANCISCO SUPERIOR COURT; C09-01072

1  WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
2  and given the resolution of Plaintiff' claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to
4  have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
5  Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
6  are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
7  that this action shall be, and hereby is, immediately remanded to the San Francisco County
8  Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March 18, 2009        BRAYTON ❖ PURCELL LLP

By: _____
    Richard M. Grant
    Attorneys for Plaintiff

Dated: March 18, 2009        ARMSTRONG & ASSOCIATES, LLP

By: _____
    Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274420. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: _____, 2009   By: _____
                                   UNITED STATES DISTRICT COURT

K:\Injured\28129\Fed-STIP-DISMISS CC&S.wpd                2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01072

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

    XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Thomas Coles et al. v. Asbestos Defs.
U.S.D.C. No. C09-01072 SI

G:\POS\MULTIP.WPD    1

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

Date Created: 3/19/2009-2:09:33 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 28129.003 - Thomas Coles
Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
   Crown Cork & Seal Company, Inc. (CC&S)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
   Berry & Berry (B&B)

**Cooley, Manion, Jones, Hake, & Kurowski LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381   415-512-6791 (fax)
**Defendants:**
   A.W. Chesterton Company (CHESTR)

**Futterman & Dupree LLP**
160 Sansome Street
17th Floor
San Francisco, CA 94104
415-399-3840   415-399-3838 (fax)
**Defendants:**
   Colonial Sugar Refining Company (CSR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
   Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
   Uniroyal Holding, Inc. (UNIROY)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
   Viacom, Inc. (VIACOM)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
   General Electric Company (GE)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
   Rapid-American Corporation (RAPID)